UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                           Case No. 8:99-cr-358-T-24 MAP

PANTALEON ACEVEDO

_____/

**ORDER**

This cause comes before the Court on Defendant Acevedo's Motion to Amend the Record. (Doc. No. 303). As explained below, the motion is denied.

Defendant was charged with, and found guilty of, conspiracy to possess with intent to distribute cocaine. At sentencing, the Court enhanced his offense level by two levels after finding that Defendant committed obstruction of justice by lying about his name. Thereafter, Defendant appealed the judgment and sentence, and the Eleventh Circuit affirmed. Additionally, Defendant filed a § 2255 motion to vacate his sentence, which this Court denied.

In the instant motion, Defendant moves the Court, pursuant to Federal Rule of Criminal Procedure 36, to amend the record to reflect that his real name is Danilo Antonio Then Candelario, not Pantaleon Acevedo. Rule 36 provides that "the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Upon consideration, the Court concludes that Defendant has not shown that the relief he is requesting is available under Rule 36, nor has he shown that the record should be amended.

Defendant was indicted under the name Pantaleon Acevedo, the judgment was entered against Pantaleon Acevedo, and he appealed under the name of Pantaleon Acevedo. (Doc. No. 14, 125, 135). Additionally, he filed several motions in the name of Pantaleon Acevedo (Doc. No. 291, 295, 300). Furthermore, there is no evidence confirming that Defendant's legal name is Danilo Antonio Then Candelario, rather than Pantaleon Acevedo. Finally, even if Defendant's

legal name is Danilo Antonio Then Candelario, a motion under Rule 36 would not be the proper vehicle to pursue the requested relief, as the error in identifying Defendant's legal name in the record is not a clerical error, oversight, or omission.

Accordingly, it ORDERED AND ADJUDGED that the motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of April, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record